# Third District Court of Appeal

## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-967
Lower Tribunal No. 20-2513
_____

**A.A.,**
Appellant,

vs.

**Citrus Health Network, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Yvonne Colodny, Judge.

Carlos J. Martinez, Public Defender, and John Eddy Morrison, Assistant Public Defender, for appellant.

Panza, Maurer & Maynard, P.A., and Richard A. Beauchamp and Joshua A. Rieger (Fort Lauderdale), for appellees.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.